OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 NOV 18 2015

11/18/2015
**WHITE, MICHAEL QUINCY**   Tr. Ct. No. C-396-010551-1237626-AWR-83,918-01
This is to advise that your application for writ of habeas corpus has been dismissed.
Conviction not final; mandate not issued at time application filed in trial court.  See
Ex parte Johnson, 12 S.W.3d 472 (Tex. Crim. App. 2000).

Abel Acosta, Clerk

MICHAEL QUINCY WHITE
TARRANT COUNTY JAIL - TDC # 0677918
100 N. LAMAR
FORT WORTH, TX 76102          ANK

RETURN TO

N3B 76196